United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-10571-MAM |
| Martin Jay Chapman | Chapter 11 |
| Lorene Lucille Chapman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 166 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin Jay Chapman, Lorene Lucille Chapman, 6953 Antinori Lane, Boynton Beach, FL 33437-3754 |
| 97227302 | + | 8x8, 13809 Research Blvd, Suite 800, Austin, TX 78750-1211 |
| 97227303 | + | Alanbar, Nasreen, 530 Goldfinch Lane, Ambler, PA 19002-2544 |
| 97227309 | + | American Express/Co First Source, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 97227313 | + | Assistant US Attorney, Civil Division (Bankruptcy), 99 NE 4 Street 3rd Floor, Miami, FL 33132-2131 |
| 97227315 | | Audi Financial Services, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 97227316 | + | Ayala, Mary Ann, 1900 Masons Bend Dr., Fort Mill, SC 29708-7061 |
| 97227317 | + | Baker, Kimberly, 47 Ridge Pine Trail, Arden, NC 28704-4608 |
| 97227324 | + | Barros, Mark, 15 Bahiav Drive, Boynton Beach, FL 33436-5920 |
| 97227325 | + | Beliveau, Breenda, 200 Old Salem Rd, Morgantoen, NC 28655-8141 |
| 97227326 | + | Best Egg, Po Box 7606, Philadelphia, PA 19176-7618 |
| 97227327 | | Bethesda Hospital, POB 2398, Omaha, NE 68103-2398 |
| 97227330 | + | Brewer, George, 97 Sunset Drive, Chatmah, NJ 07928-1223 |
| 97227331 | | C.W. Lachley Law, 7450 Matthews- Mint Hill Rd, Mint Hill, NC 28227 |
| 97227341 | + | Chavez, Felix, 19592 Dinner Key Drive, Boca Raton, FL 33498-4536 |
| 97227342 | + | Cisson, Jimmy, 109 Sulphur Springs Dr, Greenville, SC 29617-1722 |
| 97227346 | + | Cole, Wayne, 8108 Vermillion Drive, Charlotte, NC 28215-7513 |
| 97227347 | + | Collin Basit Law Group, 15951 SW 41 St, Suite 800, Fort Lauderdale, FL 33331-1521 |
| 97227350 | | Commenity Bank, PO Box 650968, Dallas, TX 75265-0968 |
| 97227351 | + | Consumer Protection Division, 114 W. Edenton St, Raleigh, NC 27603-1712 |
| 97227352 | + | Cots, Doreen, 138 SW 13 Ave, Boynton Beach, FL 33435-5965 |
| 97227357 | + | Cross River Bank, 2200 E. Devon Street, Des Plaines, IL 60018-4503 |
| 97227358 | + | Cutler, Michael, 6778 Fiji Circle, Boynton Beach, FL 33437-7021 |
| 97227359 | + | Dave Fishman, Attorney, Small Business Admin, 409 3 St SW, Washington, DC 20024-3212 |
| 97227360 | + | Davis, Diane, 5241 Norway Lane, Rock Hill, SC 29732-8398 |
| 97227363 | + | Ebbers, VIickie And Paula Hinson, 359 Long Cove Drive, Hilton Head Island, SC 29928-6150 |
| 97227364 | + | Ellison, Jason, 39 Glencove Rd, Arden, NC 28704-3201 |
| 97227365 | + | Estate of Jack Nelson Jordan Sr., c/o Joe Dye Culik, Esquire, 1200 E. Moorehead St., Suite 220, Charlotte, NC 28204-2899 |
| 97227367 | | Eye Associates Of Boca, 950 Nw 13 Street, Boca Raton, FL 33486-2310 |
| 97227368 | + | Farley, Jeffrey, 10433 Mill Rd, Cincinatti, OH 45240-3505 |
| 97227369 | + | Fay, Kyle, 666 Angus Street, Rural Hall, NC 27045-9553 |
| 97227370 | + | Fay, Suzzanne, 3005 Twatchman Dr., Raleigh, NC 27616-8928 |
| 97227374 | + | Gastro Health, POB 9859, Pompano Beach, FL 33075-0859 |
| 97227377 | + | Hawfield, Bill, 1206 6 Ave SW, Hickory, NC 28602-2409 |
| 97227378 | + | Herman, Diane, 7945 Sw 135 Street, Miami, FL 33156-6764 |
| 97227380 | + | Hunt, Emily, 23 Edge Water Circle, Blufton, SC 29910-8538 |
| 97227381 | + | Jack Jordan, 12730 Overlook Mnt Dr, Charlotte, NC 28216-6727 |
| 97227382 | + | Jacobson, Arlene, 50 E Matsdale Ave #4C, Hartsdale, NY 10530-2750 |
| 97227385 | + | Joe Dye Culik, Esquire, 1200 E Moorehead St Suite 220, Charlotte, NC 28204-2899 |
| 97227387 | + | Jones, Shannnon, 512 N College Street, 2410, Charlotte, NC 28202-3521 |

| District/off: 113C-9 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 166 |

| | | |
|---|---|---|
| 97227389 | + | Joshua James Knurr Esq, 9550 Regency Square Blvd, Suite 501, Jacksonville, FL 32225-8116 |
| 97227394 | + | KVA Congress, 600 Sandtree Drive Suite 109, Palm Beach Gardens, FL 33403-1538 |
| 97227390 | + | Kaminsky, Kim, 904 5 Leaf Lane, Waxaw, NC 28173-6327 |
| 97227391 | + | Kamsler, Mark, 10710 Pleasant Knoll Dr, Tampa, FL 33647-3667 |
| 97227392 | + | Kander, 4051 Penn Ave, Pittsburgh, PA 15224-1333 |
| 97227393 | + | Kellum, James, 9246 Highland Creek Parkway, 5305, Charlotte, NC 28269-6279 |
| 97227395 | + | Lapira, Rosa, 100 Old Palasade Road, Fort Lee, NJ 07024-7064 |
| 97227396 | + | Latini, Regina, 15013 Rosemary Way, Huntersville, NC 28078-4668 |
| 97227397 | + | Lewis, Andrea, 121 Lake Pine Circle, Greenacres, FL 33463-5509 |
| 97227398 | + | Lexus Financial Services fs, PO Box 22171, Tempe, AZ 85285-2171 |
| 97227400 | + | Lisa Di Salle, Esquire, 9550 Regency Square Blvd, Suite 501, Jacksonville Beach, FL 32225-8116 |
| 97227401 | + | Loerop, Clarice, 2900 Thornhills Ave SE, Grand Rapids, MI 49546-7119 |
| 97227405 | + | Marcadis Singer PA - Amy Winarsky, Esq, 5104 S Westshore Blvd, Tampa, FL 33611-5650 |
| 97227406 | + | Marcello & Tyson PLLC, 2200 7th Street, Suite 100, Charlotte, NC 28204-3340 |
| 97227407 | + | Maria Harkley, 114 W Edenton St, Raleigh, NC 27603-1712 |
| 97227411 | + | Medical Guardian, 1818 Market Street, 1200, Philadelphia, PA 19103-3627 |
| 97227412 | | Morales, Michael, 67435 Pointe Drive, Tinley Park, IL 60477 |
| 97227413 | + | Nextiva, 9451 East Via De Ventura, Scottsdale, AZ 85256-0001 |
| 97227416 | + | O'Neil, Brian & Deanna, 4555 Parnell Street, Indian Trail, NC 28079-6789 |
| 97227427 | #+ | PRRS, 12381 East Cornell Ave, Aurora, CO 80014-3323 |
| 97227417 | + | Palm Beach Fire Rescue, Po Box 947036, Altanta, GA 30394-7036 |
| 97227419 | + | Petric, Andrew, 4131 Farraday Way, Palm Beach Gardens, FL 33418-6059 |
| 97227420 | + | Pflanzer, Vivian, 4130 Nw 88 Ave Apt 207, Coral Springs, FL 33065-1885 |
| 97227421 | + | Pierce, Russ, 15800 Henry Lane, Huntersvill, NC 28078-8944 |
| 97227422 | + | Pigg, Phillip, 900Laurel Gate Drive, Wake Forest, NC 27587-4086 |
| 97227423 | + | Plonsker, Larry, 10580 North Green Drive, Lake Worth, FL 33449-8045 |
| 97227424 | | Plyer, Louis, 2975 Devonshire Drive, Rock Hill, SC 29732 |
| 97227428 | + | Raftsjo, 5700 Lake Worth Rd, Lake Worth, FL 33463-4727 |
| 97227431 | + | Raychelle Tasher, Esq, Asst US Atty Civil Div (Bkcy), US Atty Office, Southern Dist, 99 NE 4 St., Ste 300, Miami, FL 33132-2131 |
| 97227432 | + | Rayos Radiology, 2102 S Main Street, Burlington, IA 52601-6528 |
| 97227433 | + | Regus Management, 4400 Trentin Street, A, Metairie, LA 70006-6550 |
| 97227434 | + | Remeny, Alan, 9201 Towana Trail, Austin, TX 78736-2947 |
| 97227437 | + | Reverb, 3345 N Lincoln, Chicago, IL 60657-8548 |
| 97227438 | + | Roberts, Mark, 112 Easterly Rd, North Palm Beach, FL 33408-3802 |
| 97227439 | + | S&P Investment Properties, LlC, PO Box 11642, Charlotte, NC 28220-1642 |
| 97227440 | + | Sadaka, Linda, 1920 N 49 Ave, Hollywood, FL 33021-4006 |
| 97227441 | + | Saks/Credit One, Po Bix 30285, Salt Lake City, UT 84130-0285 |
| 97227444 | + | Shapiro, Rita, 7758 Springwater Place, Boynton Beach, FL 33437-5428 |
| 97227445 | + | Smith, Ruth And Phillip Tatum, 2454 Bagwell Lane, Denver, CT 28037-8804 |
| 97227446 | + | Snyder, Karen and Deboprah Lenieux, 18614 44 Place N, Loxahatchee, FL 33470-2384 |
| 97227447 | + | South Palm Cardiovascular, 13550 Jog Rd, Suite 204, Delray Beach, FL 33446-3809 |
| 97227448 | + | Sturgis, Susan, 801 Camp Overlook Ct, Rockhill, SC 29730-0133 |
| 97227450 | + | The Outpatient Center Of Boynton Beach, 2351 S Seacrest Blvd, Boynton Beach, FL 33435-6759 |
| 97227451 | + | Thompson, Patricia, 3852 Saxonbury Way, Charlotte, NC 28269-9437 |
| 97227452 | + | Threat, Marlene, 17594 Misty Brook Lane, Locus, NC 28097-8409 |
| 97227453 | + | Tourville, Mike, 500 Westover Drive, 12625, Sanford, NC 27330-8941 |
| 97227456 | | Truist Recovery Dept, 306-40-06-15, POB 85041, Richmond, VA 23285-5041 |
| 97227458 | | Truist/BB&T, Credit Card Disputes, Wilson, NC 27894 |
| 97227464 | + | US Attys Office, 500 E Broward Blvd, Fort Lauderdale, FL 33394-3000 |
| 97227466 | + | US Small Business Administration, South Florida District Office, SBA District Office, 51 SW 1st Ave., Suite 201, Miami, FL 33130-1608 |
| 97227459 | + | Universal Specialty Ins Co, co Benuck & Rainey Inc, 25 Concord Rd, Lee, NH 03861-6624 |
| 97227467 | + | Venezia, Anthony, 6532 Monterey Point, 202, Naples, FL 34105-5067 |
| 97227468 | + | Vidro, Sue, 600 Sw 75 Terr, Plantataion, FL 33317-3228 |
| 97227469 | + | Vinton, Jennifer, 8717 Totteridge Drive, Charlotte, NC 28277-5693 |
| 97227472 | + | Winkler, Miriam, 4735 NW 7th Court, 237, Boynton Beach, FL 33426-9368 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | | |
| | | | Jan 25 2024 11:21:00 | Martin P Ochs, Office of the US Trustee, 75 Ted |

| District/off: 113C-9 | | User: admin | | Page 3 of 6 |
|---|---|---|---|---|
| Date Rcvd: Jan 24, 2024 | | Form ID: 309E1 | | Total Noticed: 166 |

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: ECF@suelasky.com | | Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| | | | Jan 25 2024 11:19:00 | Susan D. Lasky, Esq, 320 SE 18 Street, Fort Lauderdale, FL 33316 |
| smg | | EDI: FLDEPREV.COM | Jan 25 2024 08:36:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Jan 25 2024 08:37:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 25 2024 11:21:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97227304 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:42:53 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97227306 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:32:21 | American Express National Bank, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 97227305 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:42:53 | American Express National Bank, 200 Vesey Street, New York, NY 10285-0002 |
| 97227308 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:32:34 | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 97227307 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:43:19 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 97227310 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:32:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 97227311 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 11:32:23 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 97227312 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 25 2024 11:20:00 | Apple Goldman Sachs, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-6112 |
| 97227314 | ^ | MEBN | Jan 25 2024 11:19:21 | Attorney General of the United States, US Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 97227318 | | EDI: BANKAMER | Jan 25 2024 08:36:00 | Bank Of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 97227328 | | EDI: BMW.COM | Jan 25 2024 08:37:00 | BMW, POB 3608, Dublin, OH 43016 |
| 97227329 | + | EDI: BMW.COM | Jan 25 2024 08:37:00 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 97227320 | + | EDI: BANKAMER | Jan 25 2024 08:36:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 97227319 | + | EDI: BANKAMER | Jan 25 2024 08:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 97227321 | + | EDI: TSYS2 | Jan 25 2024 08:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 97227323 | + | EDI: TSYS2 | Jan 25 2024 08:37:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 97227333 | + | EDI: CAPITALONE.COM | Jan 25 2024 08:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97227334 | + | EDI: CAPITALONE.COM | Jan 25 2024 08:37:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 97227335 | + | EDI: CAPITALONE.COM | Jan 25 2024 08:37:00 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97227336 | + | EDI: CAPITALONE.COM | Jan 25 2024 08:37:00 | Capital One/SaksFirst, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 97227338 | + | EDI: WFNNB.COM | Jan 25 2024 08:37:00 | Cb/comenit, Po Box 182789, Columbus, OH |

| District/off: 113C-9 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 166 |

| | | | | |
|---|---|---|---|---|
| | | | | 43218-2789 |
| 97227337 | + | EDI: WFNNB.COM | | |
| | | | Jan 25 2024 08:37:00 | Cb/comenit, Attn: Bankruptcy, PO Box 182789, Columbus, OH 43218-2789 |
| 97227343 | + | EDI: CITICORP | | |
| | | | Jan 25 2024 08:37:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 97227345 | + | EDI: CITICORP | | |
| | | | Jan 25 2024 08:37:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 97227344 | + | EDI: CITICORP | | |
| | | | Jan 25 2024 08:37:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 97227348 | + | EDI: WFNNB.COM | | |
| | | | Jan 25 2024 08:37:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 97227349 | + | EDI: WFNNB.COM | | |
| | | | Jan 25 2024 08:37:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 97227353 | | Email/Text: legalservices@pbctax.com | | |
| | | | Jan 25 2024 11:21:00 | County Of Palm Beach, Po Bix 3353, West Palm Beach, FL 33402-3353 |
| 97227354 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jan 25 2024 11:32:31 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 97227355 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jan 25 2024 11:32:02 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 97227361 | + | Email/Text: bky@americanprofit.net | | |
| | | | Jan 25 2024 11:21:00 | Delray Beach Animal Hospital, c/o American Profit Recovery Inc, 34505 W 12 Mile Rd, Suite 333, Farmington, MI 48331-3288 |
| 97227362 | | Email/Text: lynn.colombo@duke-energy.com | | |
| | | | Jan 25 2024 11:21:00 | Duke Energy, P O Box 1094, Charlotte, NC 28201-1094 |
| 97227371 | | EDI: FLDEPREV.COM | | |
| | | | Jan 25 2024 08:36:00 | Florida Department of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0125 |
| 97227373 | + | Email/Text: bknotice@raslavrar.com | | |
| | | | Jan 25 2024 11:20:00 | Flynn Lavrar Esq, 1133 S University Dr, 2nd Floor, Fort Lauderdale, FL 33324-3303 |
| 97227375 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Jan 25 2024 11:20:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 97227376 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Jan 25 2024 11:20:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 97227379 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Jan 25 2024 11:21:00 | Hometown Pest Control Inc, c/o Transworld Systems Inc, 500 Virginia Dr., Ste 514, Fort Washington, PA 19034-2733 |
| 97227339 | | EDI: JPMORGANCHASE | | |
| | | | Jan 25 2024 08:37:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 97227340 | | EDI: JPMORGANCHASE | | |
| | | | Jan 25 2024 08:37:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 97227402 | + | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Jan 25 2024 11:20:00 | LVNV Funding LLC, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 97227399 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jan 25 2024 11:20:00 | Lexus Financial Svcs, POB 2730, Torrance, CA 90509-2730 |
| 97227404 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 25 2024 11:42:54 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 97227403 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 25 2024 11:32:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 97227410 | | Email/Text: bknotices@mbandw.com | | |
| | | | Jan 25 2024 11:20:00 | McCarthy, Burgess & Wolfe, The MB&W Bldg, 26000 Cannon Rd, Bedford, OH 44146 |
| 97227414 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Jan 25 2024 11:20:51 | Nordstrom Signature Visa, Attn: Bankruptcy, PO |

| District/off: 113C-9 | | User: admin | | Page 5 of 6 |
|---|---|---|---|---|
| Date Rcvd: Jan 24, 2024 | | Form ID: 309E1 | | Total Noticed: 166 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 6555, Englewood, CO 80155-6555 |
| 97227415 | + | Email/Text: bnc@nordstrom.com | Jan 25 2024 11:20:48 | Nordstrom Signature Visa, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 97227426 | | EDI: PRA.COM | Jan 25 2024 08:37:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 97227425 | | EDI: PRA.COM | Jan 25 2024 08:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 97227418 | | EDI: SYNC | Jan 25 2024 08:37:00 | Pay Pal Credit, PO Box 71707, Philadelphia, PA 19176-1707 |
| 97227429 | + | Email/Text: bknotice@raslavrar.com | Jan 25 2024 11:20:00 | RAS LaVrar LLC, 1133 S University Dr, 2nd floor, Fort Lauderdale, FL 33324-3303 |
| 97227430 | + | Email/Text: lawfirmFL@rsieh.com | Jan 25 2024 11:20:00 | Rausch Sturm LLP, 100 Second Avenue Suite 306S, Saint Petersburg, FL 33701-6307 |
| 97227435 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 11:32:06 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 97227436 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 11:32:10 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 97227442 | + | Email/Text: bankruptcynotices@sba.gov | Jan 25 2024 11:20:00 | SBA, 455 Market Street, 600, San Francisco, CA 94105-2449 |
| 97227443 | + | Email/Text: bankruptcynotices@sba.gov | Jan 25 2024 11:20:00 | SBA*, 409 3rd Street W, Washington, DC 20024-3212 |
| 97227449 | | EDI: SYNC | Jan 25 2024 08:37:00 | Synchrony Bank, PO BOx 9650004, Orlando, FL 32896-0006 |
| 97227454 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 25 2024 11:21:00 | Transworld Systems Inc, 500 Virginia Dr, Suite 524, Fort Washington, PA 19034-2733 |
| 97227455 | | Email/Text: bknotices@acsrecovery.com | Jan 25 2024 11:20:00 | Truist Bank, c/o Associated Credit Svcs Inc, POB 1201, Tewksbury, MA 01876-0901 |
| 97227457 | + | Email/Text: bankruptcy@bbandt.com | Jan 25 2024 11:20:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 97227460 | | Email/Text: bknotice@upgrade.com | Jan 25 2024 11:20:00 | Upgrade Inc, 275 Battery Street 23rd Floor, San Francisco, CA 09411 |
| 97227462 | | Email/Text: bknotice@upgrade.com | Jan 25 2024 11:20:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 97227461 | | Email/Text: bknotice@upgrade.com | Jan 25 2024 11:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 97227463 | + | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Jan 25 2024 11:20:00 | US Atty, Southern Dist of Florida, 99 NE 4 St, Miami, FL 33132-2131 |
| 97227465 | + | Email/Text: ndlrc.legal@sba.gov | Jan 25 2024 11:20:00 | US Small Business Administration, Attn Garrett Lenox Paralegal Specialist, US SBA, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 97227471 | + | EDI: WFFC2 | Jan 25 2024 08:37:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 97227470 | + | EDI: WFFC2 | Jan 25 2024 08:37:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 71

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 113C-9 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 166 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97227356 | | Credit Roadrunner LLC |
| 97227366 | | Estate Sales By Jonesy |
| 97227383 | | JM Night Life |
| 97227384 | | JM North America |
| 97227386 | | Jonathan Loerop, 4379 Maurice Dr, TN 38445 |
| 97227388 | | Jordan, Jack, 12730 Overlook Mountain Dr., NC |
| 97227408 | | Marlo Holdings LLC |
| 97227409 | | Marlo Holdings, LLC |
| 97227322 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 97227372 | *+ | Florida Department of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0100 |
| 97227332 | ##+ | Campbell, Mary Ann And Teresa Hensley, 1113 Adirondak Drive, Gastonia, NC 28052-6413 |

TOTAL: 8 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Susan D. Lasky, Esq | on behalf of Joint Debtor Lorene Lucille Chapman ECF@suelasky.com ecfsuelasky@gmail.com;r48532@notify.bestcase.com |
| Susan D. Lasky, Esq | on behalf of Debtor Martin Jay Chapman ECF@suelasky.com ecfsuelasky@gmail.com;r48532@notify.bestcase.com |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Martin Jay Chapman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4546 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Lorene Lucille Chapman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3808 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 11   1/22/24 |
| Case number: | 24–10571–MAM | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code.**
**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See boxes 7 and 9 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**
<u>**WARNING TO DEBTOR:**</u> WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE-BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Martin Jay Chapman | Lorene Lucille Chapman |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 6953 Antinori Lane<br>Boynton Beach, FL 33437 | 6953 Antinori Lane<br>Boynton Beach, FL 33437 |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Susan D. Lasky Esq<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316 | Contact phone  (954) 400–7474 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll-free at (866) 222-8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card). | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in-person filings.<br><br>Clerk of Court:  <u>**Joseph Falzone**</u><br>Dated: <u>**1/24/24**</u> |
| 6. | **\* MEETING OF CREDITORS \*** February 23, 2024 at 09:00 AM | | **\*MEETING WILL BE HELD BY TELEPHONE\*** |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee:  Office of the US Trustee**<br>Call in number:  866–915–4419<br> Participant Code:  6071331 |

Local Form 309E1 USBC SDFL (For Individuals or Joint Debtors) (06/14/2021)      **Notice of Chapter 11 Bankruptcy Case**      page 1

Debtor **Martin Jay Chapman** and **Lorene Lucille Chapman**                                      Case number **24–10571–MAM**

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br>See box 9 for more information.<br><br><u>**When Filing Proofs of Claim:**</u><br><br>Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3)<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline for complaint under §1141(d)(3):** First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints:  04/23/2024** |
| | | **Deadline for filing proof of claim:   4/1/24**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | For a governmental unit:  **7/22/24** |
| | | **Deadline to object to exemptions:**<br>The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **8.** | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **9.** | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline in box 7. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. Prior to receiving a discharge, the debtor must file and serve the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and [For Chapter 11 Cases Only] Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge", as required under Local Rule 4004–3(A)(4). | |
| **10.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov. **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **11.** | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |