

**ORDERED in the Southern District of Florida on September 30, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                           CASE NO.: 24-10571-MAM

MARTIN J. CHAPMAN &                                               In proceedings under Chapter 11
LORENE L. CHAPMAN

Debtors.
_____/

**ORDER (I) CONDITIONALLY
APPROVING DISCLOSURE STATEMENT; (II) SETTING
HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT
AND CONFIRMATION OF CHAPTER 11 PLAN; (III) SETTING VARIOUS
DEADLINES AND; (IV) DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

On August 14, 2024 (the "plan proponent"), filed a chapter 11 plan ECF 67 and disclosure statement ECF 66, in accordance with and 11 U.S.C. § 105(d)(2)(B)(vi). The plan proponents have requested that the Court conditionally approve the disclosure statement ECF 69, and set a hearing to consider final approval of the disclosure statement, confirmation of the plan (the "confirmation hearing"), and any timely filed fee applications, and to establish deadlines and requirements relating to confirmation consistent with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Rules of this Court. This matter came before the Court and the Court having reviewed the record and being advised in the premises, it is

**ORDERED**, and **NOTICE IS GIVEN**, that:

   1.     **Conditional Approval of Disclosure Statement**. The disclosure statement is conditionally approved.

**2.** **Confirmation Hearing**. The Court will conduct the confirmation hearing and consider final approval of the disclosure statement and any timely-filed fee applications, subject to the following deadlines and requirements, as follows:

> Date: November 19, 2024
> Time: 2:30 p.m.
> Location: Flagler Waterview Bldg.
> 1515 N Flagler Dr., Room 80, Courtroom A
> West Palm Beach, FL 33401

The following checked provision(s) apply to the confirmation hearing:

**[XX]** **All individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 6(B) below, all witnesses must also appear in person at the confirmation hearing.**

**[ ]** **If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 6(B) below, all witnesses must also appear in person at the confirmation hearing.**

Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge.

All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("**Zoom**"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

**3.     Deadlines**. The following deadlines apply with respect to the confirmation hearing and hearing on fee applications:

| | |
|---|---|
| **Deadline for Serving this Order, disclosure statement, plan, and ballots** (45 days before the confirmation hearing) | **October 4, 2024** |
| **Deadline for Objections to Claims** (40 days before confirmation hearing) | **October 10, 2024** |
| **Deadline for Filing and Serving Fee Applications** (24 days before confirmation hearing) | **October 25, 2024** |
| **Deadline for Filing and Serving Notice Summarizing All Fee Applications (21 days before the confirmation hearing)** | **October 29, 2024** |
| **Deadline for Filing Ballots Accepting or Rejecting plan** (14 days before confirmation hearing, per Local Rule 3018-1) | **November 5, 2024** |
| **Deadline to File Motions Under Fed. R. Civ. P. 43(a)** (7 business days before confirmation hearing) | **November 12, 2024** |
| **Deadline for Objections to Confirmation** (14 days before confirmation hearing) | **November 5, 2024** |
| **Deadline for Objections to Final Approval of the disclosure statement** (3 business days before confirmation hearing) | **November 14, 2024** |
| **Deadline for Filing Proponent's Report and Confirmation Affidavit**[11] (3 business days before confirmation hearing) | **November 14, 2024** |
| **Deadline for Filing Local Form 71 "Individual Debtor Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns" (individual cases only)**[12] (3 business days before confirmation hearing) | **November 14, 2024** |
| **Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at the confirmation hearing** (3 business days before confirmation hearing) | **November 14, 2024** |

4. **Plan Proponent's Obligations.**

   A. **Service of Solicitation Package**. The plan proponent must serve a copy of this Order, the conditionally approved disclosure statement, and the plan, by the deadline listed above, on all creditors, all equity security holders, the U.S. Trustee, and all other parties in interest, as required by the Bankruptcy Rules (including those entities described in Bankruptcy Rule 3017(f)) and the Local Rules. The plan proponent must also serve, along with this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," customized as required by Local Rule 3018-1, on all creditors and equity security holders entitled to vote on the plan. The plan proponent must file a certificate of service as required by Local Rule 2002-1(F).

   B. **Notice of Fee Applications**. The plan proponent must prepare, file, and serve a notice summarizing all timely filed fee applications by the deadline listed above. The notice must identify the name of and the amount sought by each applicant. The notice must be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy Rules and Local Rules. The plan proponent must file a certificate of service as required by Local Rule 2002-1(F).

   C. **Proponent's Report and Confirmation Affidavit**. The plan proponent must prepare and file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit" by the deadline listed above. The Confirmation Affidavit must set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. § 1129 are satisfied. The Confirmation Affidavit should be prepared so that by reading it the Court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan. The individual executing the Confirmation Affidavit must be present at the confirmation hearing, either in person if the Court requires the plan proponent and its counsel to attend the confirmation hearing in person, or via Zoom if the Court permits remote attendance at the confirmation hearing.

   D. Failure to Comply with Order. If the plan proponent does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the confirmation hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan. The Court may also consider dismissal or conversion at the confirmation hearing, at the request of any party or on the Court's own motion.

5. **Deadline For Filing Fee Applications.**

   To be considered at the confirmation hearing, fee applications (with all exhibits) must (A) be timely filed and served by the deadline listed above on (i) the debtor; (ii) the plan

4

proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee, and (B) include an estimate of additional time and costs to be incurred from the end of the application period through confirmation. Any applicant including estimates of additional time and costs must file a supplement before the confirmation hearing with documentation supporting the estimated time and costs.

    **6.**    **Evidence.**

    **A.**    **Exhibits and Exhibit Registers**. The Confirmation Hearing is an evidentiary hearing even when confirmation is uncontested. Therefore, the plan proponent and any objecting party, if applicable, must file with the Court an Exhibit Register and upload any exhibits the plan proponent or objecting party intends to introduce into evidence at the confirmation hearing pursuant to Local Rule 9070-1, by the deadline listed above. Notwithstanding Local Rule 9070-1(A)(3), however, any objections to the admissibility of any proposed exhibits for the confirmation hearing need not be filed in advance, and instead may be raised for the first time at the confirmation hearing.

    **B.**    **Remote Witness Testimony**. Any party wishing to present remote witness testimony must file a motion under Federal Rule of Civil Procedure 43(a), made applicable here by Bankruptcy Rule 9017, by no later than the deadline listed above, setting forth the good cause, compelling circumstances, and appropriate safeguards in place for the Court to permit remote witness testimony.

### #

Submitted by:

Submitted by: Susan D Lasky, 320 SE 18 Street,
Ft Lauderdale, FL 333316
954-400-7474 Sue@SueLasky.com
Attorney Sue Lasky, Esq. is directed to serve this
order on all interested parties and file a certificate
of service with the Court.