

ORDERED in the Southern District of Florida on March 28, 2025.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 24-10571-MAM |
| MARTIN J. CHAPMAN & LORENE L. CHAPMAN | In proceedings under Chapter 11 |
| Debtor. _____/ | |

### ORDER GRANTING MOTION TO TEMPORARILY CLOSE BANKRUPTCY CASE PRIOR TO ENTRY OF ORDER OF DISCHARGE

THIS CAUSE came before the Court on February 4, 2025 on the Motion to Temporarily Close Bankruptcy Case Prior to the Entry of Order of Discharge (ECF No. 102) and the Court noting the Debtors have (a) completed the initial payment to their creditors, (b) filed their Post Confirmation Quarterly Operating Report and (c) represented that all United States quarterly fees have been paid pursuant to 28 U.S.C. §1930, and being otherwise duly advised in the premises, it is **ORDERED** as follows:

1. The bankruptcy case shall be closed upon the entry of this Order, without prejudice to the Debtors filing a motion to reopen this bankruptcy case upon the satisfaction of all payments to Class 1 under the Debtors' Chapter 11 Plan of Reorganization (the "Plan") (ECF No. 67) and

seeking the entry of an Order of Discharge at that time.

2.      During the time that this bankruptcy case is temporality closed, the provisions of this Court's Order Confirming the Plan shall remain in effect with respect to the treatment of creditor claims that existed as of the date of the filing of the Petition as long as the Debtors continue to be in compliance with the Plan and the Confirmation Order, and as long as the Debtors timely make all of the payments to the creditors contemplated by the Plan.

3.      If and when the Debtors choose to file a motion to reopen this bankruptcy case, any Clerk of the Court fees associated with the filing of the motion shall be waived. The motion to reopen shall be served upon all creditors, the United States Trustee, and parties in interest, and shall demonstrate and verify that the Debtors have made all of the payments contemplated under the Plan to Class 1 creditors with dis chargeable claims.

4.      Upon the re-opening of the bankruptcy case, the Debtors shall promptly file a Final Report of Estate and Motion for Final Decree Closing Case on the Court approved local form in effect at that time, which shall certify among other things, that all payments required under the Plan to the Class 1 creditors have been made.  The Court may then grant the Debtors a discharge, pursuant to 11 U.S. C. § 1141 (d) (5) if all other conditions are satisfied.

5.      The entry of this Order is also without prejudice to any creditor, the United States Trustee , or other party in interest  filing a motion to reopen this case to enforce the terms of the Plan, the Confirmation Order, or other appropriate relief.

6.      The Court retains jurisdiction to enforce any and all terms of the Plan, the Confirmation Order and this Order.

###

Submitted by: Sue Lasky, PA, 320 SE 18 Street, Ft Laud., FL 33316 9554-400-7474

Attorney Susan D. Lasky is hereby directed to serve a copy of this Order to the attached list and file a Certificate of Service with the Court .